UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

ELVIS ALBUERME,

        Plaintiff,

v.

PASSAIC POLICE DEPARTMENT,
et al.

        Defendants,

Civil Action: 08-4299 (JAG)

ORDER OF DISMISSAL

Closed

It appearing that the plaintiff wishes to voluntarily dismiss the complaint, filed against defendant Tropical Night Club,

It is on the day 16th of JULY, 2009

ORDERED that the complaint filed against defendant Tropical Night Club, be and is hereby dismissed, without prejudice and without costs.

                                        S/Joseph A. Greenaway, Jr.
                                      JOSEPH A. GREENAWAY, JR., U.S.D.J.